~~DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS~~
~~CORRECTIONS SERVICES~~
~~OFFENDER FUNDS WITHDRAWAL REQUEST~~

| CODE | DRAWING ACCOUNT | | DOC NUMBER | NAME: LAST NAME, FIRST NAME, INITIAL | |
|---|---|---|---|---|---|
| 73 | ☐ | Offender club | | | |
| 74 | ☐ | Outside purchase | LIVING QUARTERS | DATE OF REQUEST MO / DAY / YEAR | TOTAL AMOUNT $ |
| | ☐ | Family member | | | |
| | ☐ | Educational courses | | | DOLLARS |
| | ☐ | Outside bank savings acct # _____ | WRITTEN AMOUNT | | |
| | ☐ | Newspaper ad for clemency / pardon | | | |
| | ☐ | Other: _____ | | PAYEE: | |
| | | | VENDOR NO. | *OFFENDER MUST ATTACH A STAMPED, ADDRESSED ENVELOPE FOR ALL OUTSIDE MAIL* | |
| 79 | ☐ | Court Cost - Civil action number _____ | NAME | | |
| 94 | ☐ | Savings Bond | ADDRESS | | |
| | | | CITY | STATE | ZIP |
| CODE | SAVINGS ACCOUNT | | OFFENDER SIGNATURE: | | |
| 94 | ☐ | Savings Bond | REQUEST DENIED. REASON: | | |
| 79 | ☐ | Court Cost - Civil action number _____ | | | |
| 82 | ☐ | Educational courses | RIGHT THUMB PRINT | VERIFIED BY: | |
| CODE | TRANSFERS - No check will be produced | | | TITLE: | |
| 68T | ☐ | Transfer from drawing account to savings. | | APPROVED BY: | |
| Note: Print name and address in the payee section to the right. Attach necessary documents including a stamped, self-addressed envelope for all outside mail. | | | | TITLE: | |

*Handwritten across form:* "I don't Have Paper so I wrote this on this form. Written"

DOC Form PF-30                                   10-A                                   CIB Form Revised 08-2003

PLEASE get me out this pRiSon Im SufFERing In FATAL HeAlth CRiSiS FoR twelve YEARS At (EHCC)

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

*[Form with handwritten note across it: "I ant Have written paper so I wrote this From"]*

| CODE | DRAWING ACCOUNT |
|---|---|
| 73 | ☐ Offender club |
| 74 | ☐ Outside purchase |
|  | ☐ Family member |
|  | ☐ Educational courses |
|  | ☐ Outside bank savings acct # _____ |
|  | ☐ Newspaper ad for clemency / pardon. |
|  | ☐ Other: _____ |
| 79 | ☐ Court Cost - Civil action number _____ |
| 94 | ☐ Savings Bond |

| CODE | SAVINGS ACCOUNT |
|---|---|
| 94 | ☐ Savings Bond |
| 79 | ☐ Court Cost - Civil action number _____ |
| 82 | ☐ Educational courses |

| CODE | TRANSFERS - No check will be produced |
|---|---|
| 68T | ☐ Transfer from drawing account to savings. |

Note: Print name and address in the payee section to the right. Attach necessary documents including a stamped, self-addressed envelope for all outside mail.

DOC Form PF-30

DOC NUMBER | NAME: LAST NAME, FIRST NAME, INITIAL

LIVING QUARTERS | DATE OF REQUEST MO. / DAY / YEAR | TOTAL AMOUNT $

_____ DOLLARS
WRITTEN AMOUNT

PAYEE:
VENDOR NO. | OFFENDER MUST ATTACH A STAMPED, ADDRESSED ENVELOPE FOR ALL OUTSIDE MAIL

NAME
ADDRESS
CITY | STATE | ZIP

OFFENDER SIGNATURE:

REQUEST DENIED. REASON:

RIGHT THUMB PRINT | VERIFIED BY:
TITLE:
APPROVED BY:
TITLE:

10-A

CIB Form Revised 08-2003

FROM: TRUCKER ROGER
DOC#594260

To: judge Richard

# EMERGANCY HELP?

Please Help

Help I'm suffering in FATAL HEALTH CRISES FOR twelve years I need A (F.B.I) Investigation At Hunt Correction Center

(7-8-24)

Mr. Trucko Stamples
DoJoc# 574200
(EHCC)
6925 Hwy 74
St. Gabriel LA 70776

SCREENED OK
U.S. MARSHAL
(7-8-24)

BATON ROUGE LA 707
19 AUG 2024 PM 1 L

US POSTAGE Pitney Bowes
ZIP 70776  $ 000.69⁰
02 4W
0000387932 AUG 19 2024

Judge Richard L. Bourgeois Jr.
U.S Middle District Ct
777 Florida St, P.O.Box 2630
Baton Rouge LA 70804

70821-263030